PROB 35   Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

## FOR THE

## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                      Docket No.: 1:CR-00-094-01

**HITESH CHERRY**

On April 26, 2006, the above-named commenced a supervised release term of two years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Fonda L. Steele
U.S. Probation Officer
Date: July 18, 2007

**FILED**
HARRISBURG, PA
JUL 19 2007
MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _19_ day of _July_, 2007.

United States District Judge